IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| ROBIN PACE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cv-00311-GCM |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER IS BEFORE THE COURT on the Defendant's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g). Plaintiff has failed to file a response.

IT IS THEREFORE ORDERED that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, including the opportunity for a new administrative hearing pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: October 29, 2021

Graham C. Mullen
United States District Judge