# United States District Court
# Western District of North Carolina
# Asheville Division

| Robin Pace, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
|  | ) |  |
| Plaintiff(s), | ) | 1:20-cv-00311-GCM |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Commissioner of Social Security, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2021 Order.

November 1, 2021

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court